**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JUNIER ALEXANDER SILVA
PARUCHO

    Petitioner,

VS.                                                            CASE NO. 6:26-cv-263-JA-RMN

LOUIS A. QUINONES, JR.;
GARRETT J. RIPA; and KRISTI
NOEM

    Respondents.

## TEMPORARY RESTRAINING ORDER

Before the Court is Petitioner's emergency motion for a temporary restraining order (TRO). (Doc. 2). For the reasons stated in *Rondon Rodriguez v. Quinones*, No. 6:26-cv-238 (Doc. 7), Respondents are TEMPORARILY RESTRAINED AND ENJOINED from moving Petitioner out of the detention facility in which he is being held until further order of the Court. No bond is required as the Court deems it unnecessary. This TRO expires Friday, February 13, 2026, at 11:59 p.m., unless extended.

The Clerk of Court is **DIRECTED** to serve a copy of the Petition (Doc. 1), motion (Doc. 2), and this Order on Respondents as soon as possible via the following means:

(1) Immigration and Customs Enforcement (ICE) (attn to the Assistant Field Office Directors) via email at MIAAOR-Habeas-DG@ice.dhs.gov;

(2) United States Attorney's Office (USAO) via email at USAFLM.Orlando2241@usdoj.gov;

(3) Courtesy copies via email to the Orange County jail at email addresses on file with the Clerk's office;

(4) Courtesy copy to the United States Marshal Service (USMS) via email at usms-mfl-orl@usdoj.gov;

(5) Copies via certified mail to the USAO and the United States Attorney General (USAG) at physical addresses on file with the Clerk's office.

Respondents are **DIRECTED** to respond in writing to the Petition by Thursday, February 5, 2026, at 12:00 p.m.: (1) asserting the statutory basis for Petitioner's detention; (2) showing cause why the Court should not grant the Petition and issue an injunction; and (3) advising the name and location of the facility where Petitioner is currently located.

**DONE** and **ORDERED** on February 2, 2026 at 3:48 p.m.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Respondents