# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JUNIER ALEXANDER SILVA
PARUCHO

    Petitioner,

VS.                                      CASE NO. 6:26-cv-263-JA-RMN

LOUIS A. QUINONES, JR.;
GARRETT J. RIPA; and KRISTI
NOEM

    Respondents.
_____

## ORDER

Petitioner is directed to file a written response to Respondents' response (Doc. 7) **within five days of this Order** addressing the issues raised by Respondents—including the significance of an arrest warrant signed by an immigration officer.

**DONE** and **ORDERED** on February ___, 2026.

                                                JOHN ANTOON II
                                               United States District Judge

Copies furnished to:
Counsel of Record
Respondents