UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JUNIER ALEXANDER SILVA PARUCHO,**

**Petitioner,**

**v.** **Case No. 6:26-cv-263-JA-RMN**

**LOUIS A. QUINONES, JR., et al.,**

**Respondents.**

## ORDER

The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida, on October 7, 2026.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party